1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A P. C.
3  517 E. Wilson Ave., Suite 202
   Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff
7  Adobe Systems Incorporated

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 Adobe Systems Incorporated,           )  Case No. C08 01535 CRB
                                         )
12                 Plaintiff,            )  PLAINTIFF'S DECLINATION TO
         v.                              )  PROCEED BEFORE A MAGISTRATE
13                                       )  JUDGE AND REQUEST FOR
   Marvin Brown, Johnston & Brown Distributors ) REASSIGNMENT TO A UNITED
14 and Does 1 – 10, inclusive,           )  STATES DISTRICT JUDGE
                                         )
15                 Defendants.           )

16     **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

17     The undersigned party hereby declines to consent to the assignment of this case to a United

18 States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

19 to a United States District Judge.

20

21 Dated: March 16, 2008          J. Andrew Coombs, A Professional Corp.

22
                                  By: _____
23                                     J. Andrew Coombs
                                       Annie S. Wang
24                                Attorneys for Plaintiff Adobe Systems Incorporated

25

26

27

28

Adobe v. Brown: Declination to Proceed Before Magistrate       - 1 -