J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Marvin Brown
*marvinbrownusa@yahoo.com*
Johnston & Brown Distributors
7923 Donore Pl., Apt. 7
San Antonio, Texas 78229
Telephone:    (210) 979-7235

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) | Case No. C08-1535 CRB |
| ) | |
|            Plaintiff, ) | JOINT STIPULATION TO CONTINUE |
|     v. ) | CASE MANAGEMENT CONFERENCE |
| ) | |
| Marvin Brown, Johnston & Brown Distributors, ) | |
| and Does 1 through 10, inclusive, ) | |
| ) | |
|            Defendants. ) | |
| ) | |

PLAINTIFF, Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., and Defendants Marvin Brown and Johnston & Brown Distributors (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on June 27, 2008, at 8:30 a.m.;

WHEREAS Adobe and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein;

1 | WHEREAS there have been no prior continuances requested by the Parties; and

2 | NOW, THEREFORE, Adobe and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until July 8, 2008, or a date thereafter acceptable to the Court.

Dated: June 4, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: June 4, 2008

Marvin Brown

By: Marvin Brown
Marvin Brown
Defendant, *in pro se*

Dated: June 4, 2008

Johnston & Brown Distributors

By: Johnston & Brown Distributors
Marvin Brown
Its:
Defendant

Adobe v. Brown, et al.: Joint Stip. to Cont. CMC     - 2 -

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 5, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Marvin Brown, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Marvin Brown<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 | Johnston & Brown Distributors<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 5, 2008, at Glendale, California

_____
Katrina Bartolome

1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:    (818) 500-3200
5  Facsimile:    (818) 500-3201

6  Attorneys for Plaintiff Adobe
7  Systems Incorporated

8  Marvin Brown
   *marvinbrownusa@yahoo.com*
9  Johnston & Brown Distributors
   7923 Donore Pl., Apt. 7
10 San Antonio, Texas 78229
   Telephone:    (210) 979-7235

11 Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| Adobe Systems Incorporated, | ) | Case No. C08-1535 CRB |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| v. | ) | CONTINUANCE OF CASE |
|  | ) | MANAGEMENT CONFERENCE |
| Marvin Brown, Johnston & Brown Distributors and Does 1 through 10, inclusive, | ) ) |  |
| Defendants. | ) ) |  |

On or about March 20, 2008, the Court set a Case Management Conference on June 27, 2008, at 8:30 a.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

Adobe v. Brown, et al.:  [Proposed] Order Granting Continuance  - 1 -
of Case Management Conference

1  In light of the request, the Case Management Conference currently on calendar for June 27,
2  2008, at 8:30 a.m. is continued until _____, at _____.
3
4  IT IS SO ORDERED:
5
6  Dated: _____
7  _____
   Hon. Charles R. Breyer
   United States District Judge, Northern District of
   California
8
9  PRESENTED BY:
10 J. Andrew Coombs, A Professional Corp.
11
12 By: _____
    J. Andrew Coombs
    Annie S. Wang
13 Attorneys for Plaintiff Adobe Systems
   Incorporated
14
15 Marvin Brown
16
17 By: _____
    Marvin Brown
   Defendant, *in pro se*
18
19 Johnston & Brown Distributors
20
21 By: _____
    Marvin Brown
   Its:
22 Defendant

Adobe v. Brown, et al.: [Proposed] Order Granting Continuance    - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 5, 2008, I served on the interested parties in this action with the:

- **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

- **[PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

for the following civil action:

<u>Adobe Systems Incorporated v. Marvin Brown, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Marvin Brown<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 | Johnston & Brown Distributors<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 5, 2008, at Glendale, California

_____
Katrina Bartolome