J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

Marvin Brown
*marvinbrownusa@yahoo.com*
Johnston & Brown Distributors
7923 Donore Pl., Apt. 7
San Antonio, Texas 78229
Telephone:   (210) 979-7235

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C08-1535 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| Marvin Brown, Johnston & Brown Distributors and Does 1 through 10, inclusive, | |
| Defendants. | |

On or about March 20, 2008, the Court set a Case Management Conference on June 27, 2008, at 8:30 a.m.

The Parties thereafter filed their joint request to continue the Case Management Conference to allow them sufficient time to draft and exchange settlement documents.

Adobe v. Brown, et al.: [Proposed] Order Granting Continuance of Case Management Conference   - 1 -

1  In light of the request, the Case Management Conference currently on calendar for June 27,
2  2008, at 8:30 a.m. is continued until ___July 11, 2008___, at __8:30a.m.__

4  IT IS SO ORDERED:

6  Dated: June 5, 2008

_____
Hon. Charles R. Breyer
United States District Judge, Northern District of
California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

PRESENTED BY:

J. Andrew Coombs, A Professional Corp.

By: _____
   J. Andrew Coombs
   Annie S. Wang
Attorneys for Plaintiff Adobe Systems
Incorporated

Marvin Brown

By: /s/ Marvin Brown
   Marvin Brown
Defendant, *in pro se*

Johnston & Brown Distributors

By: /s/ Johnston & Brown Distributors
   Marvin Brown
Its:
Defendant

Adobe v. Brown, et al.: [Proposed] Order Granting Continuance   - 2 -