**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-01535 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| MARVIN BROWN, et al., | |
| Defendants. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference currently on calendar for Friday, July 11, 2008 to Monday, July 7, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before July 1, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 24, 2008                                         FOR THE COURT,

                                                              Richard W. Wieking, Clerk
                                                              By: _____
                                                                   Barbara Espinoza
                                                                   Courtroom Deputy