J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,                    )<br>                                                              )<br>                    Plaintiff,                    )<br>        v.                                              )<br>                                                              )<br>Marvin Brown, Johnston & Brown Distributors, )<br>and Does 1 through 10, inclusive,           )<br>                                                              )<br>                    Defendants.                  )<br>_____)  | Case No. C08-1535 CRB<br><br>REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: July 7, 2008<br>Time: 8:30 a.m.<br>Judge: Honorable Charles R. Breyer |

PLAINTIFF Adobe Systems Incorporated ("Adobe" or "Plaintiff") by and through its counsel of record, J. Andrew Coombs, of J. Andrew Coombs, A P.C., hereby requests as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on June 27, 2008, at 8:30 a.m.;

WHEREAS Defendants Marvin Brown and Johnston & Brown Distributors (collectively "Defendants") were served on or about April 8, 2008;

WHEREAS Plaintiff and Defendants were working to resolve this matter before the Case Management Conference;

WHEREAS Plaintiff and Defendants filed a Stipulation to Continue the Case Management Conference on or about June 5, 2008;

WHEREAS the Court issued an Order on or about June 5, 2008, granting the continuance of the Case Management Conference to July 11, 2008;

WHEREAS the Clerk issued a notice on or about June 24, 2008, rescheduling the Case Management Conference to July 7, 2008;

WHEREAS Plaintiff anticipated filing a Notice of Settlement prior to the Case Management Conference and requesting an additional continuance of the Case Management Conference;

WHEREAS Plaintiff and Defendants have not been able to finalize settlement as anticipated;

NOW, THEREFORE, Plaintiff requests that Plaintiff's counsel of record be allowed to appear telephonically at the Case Management Conference on July 7, 2008, at 8:30 a.m.

Dated: June 30, 2008                     J. Andrew Coombs, A Professional Corp.


By: _____/s/ J. Andrew Coombs_____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

### **[PROPOSED] ORDER**

PURSUANT TO REQUEST, IT IS ORDERED.

DATED:  July      , 2008

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On June 30, 2008, I served on the interested parties in this action with the:

- **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

for the following civil action:

<u>Adobe Systems Incorporated v. Marvin Brown, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Marvin Brown<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 | Johnston & Brown Distributors<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 |
|---|---|

Place of Mailing: Glendale, California
Executed on June 30, 2008, at Glendale, California

_____
Nicole L. Drey