J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff Adobe
Systems Incorporated


Marvin Brown
*marvinbrownusa@yahoo.com*
Johnston & Brown Distributors
7923 Donore Place, Apartment 7
San Antonio, Texas 78229
Telephone:     (210) 979-7235

Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>                Plaintiff,<br>   v.<br><br>Marvin Brown, Johnston & Brown Distributors, and Does 1-10, inclusive,<br><br>                Defendants. | Case No. C08-1535 CRB<br><br>JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Marvin Brown and Johnston & Brown Distributors (collectively "Defendants") hereby supply this notice that they have reached an agreement on the principal terms necessary to settle Adobe's claims.  The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed judgment of infringement and injunction by August 15, 2008.

Adobe v. Brown, et al.: Joint Notice of Settlement and [Proposed]
Order Vacating Court Dates

    Accordingly, Adobe and Defendants request that all court dates, including the Case Management Conference set for July 7, 2008, be vacated.

Dated: July 1, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: July 1, 2008

Marvin Brown

By: _____
    Marvin Brown
Defendant, *in pro se*

Dated: July 1, 2008

Johnston & Brown Distributors

By: _____
    Marvin Brown
Its: President
Defendant

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: July ___, 2008

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On July 1, 2008, I served on the interested parties in this action with the:

- **JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES**

for the following civil action:

<u>Adobe Systems Incorporated v. Marvin Brown, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Marvin Brown<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 | Johnston & Brown Distributors<br>7923 Donore Pl., Apt. 7<br>San Antonio, Texas 78229 |
|---|---|

Place of Mailing: Glendale, California
Executed on July 1, 2008, at Glendale, California

_____
Katrina Bartolome