1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Adobe
   Systems Incorporated
7

8  Marvin Brown
   *marvinbrownusa@yahoo.com*
9  Johnston & Brown Distributors
   7923 Donore Place, Apartment 7
10 San Antonio, Texas 78229
   Telephone:      (210) 979-7235
11
   Defendants
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Marvin Brown, Johnston & Brown Distributors, and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C08-1535 CRB<br><br>JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER VACATING COURT DATES |

TO THE COURT:

PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Adobe") and Defendants Marvin Brown and Johnston & Brown Distributors (collectively "Defendants") hereby supply this notice that they have reached an agreement on the principal terms necessary to settle Adobe's claims. The Parties are in the process of documenting the terms upon which they have agreed and will file appropriate closing documents, including a proposed judgment of infringement and injunction by August 15, 2008.

Adobe v. Brown, et al.: Joint Notice of Settlement and [Proposed]
Order Vacating Court Dates

Accordingly, Adobe and Defendants request that all court dates, including the Case Management Conference set for July 7, 2008, be vacated.

Dated: July 1, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Adobe Systems Incorporated

Dated: July 1, 2008

Marvin Brown

By: *Marvin Brown*
Marvin Brown
Defendant, *in pro se*

Dated: July 1, 2008

Johnston & Brown Distributors

By: *Marvin Brown*
Marvin Brown
Its: President
Defendant

## [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS ORDERED.

DATED: July 02, 2008

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer