IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>MARVIN BROWN, ET AL.,<br><br>    Defendant._____/ | No. C 08-01535 CRB<br><br>**ORDER GRANTING MOTION FOR ENTRY OF STIPULATED JUDGMENT** |

Plaintiff Adobe Systems Inc. has filed a motion for entry of stipulated judgment in this case, asserting that Defendants Marvin Brown and Johnson & Brown Distributors violated the parties' Settlement Agreement. See Mot. (dkt. 21). Defendants have failed to file an opposition to the Motion in the time permitted by the Local Rules. See Civil Local Rule 7-3(a). The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and VACATES the hearing currently set for April 5, 2013. Good cause appearing therefor, the Court GRANTS Plaintiff's Motion. The Court will separately enter the stipulated Final Judgment submitted with Plaintiff's Motion.

**IT IS SO ORDERED.**

Dated: March 28, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\1535\order re stip judg.wpd